David W. Lloyd, ISBN: 5501
SAETRUM LAW OFFICES
Post Office Box 7425
Boise, Idaho 83707

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM TODD SAETRUM,<br><br>    Plaintiff,<br><br>vs.<br><br>The ADA COUNTY SHERIFF'S OFFICE, ADA COUNTY SHERIFF GARY RANEY, DEPUTY JAKE VOGT, Deputy Sheriff, and JOHN and JANE DOES, deputies and employees of the ADA COUNTY SHERIFF'S OFFICE,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMES NOW**, Plaintiff, Adam Todd Saetrum, by and through his attorneys of record, Saetrum Law Offices, and hereby files his Complaint against the above named Defendants as follows:

## JURISDICTION

I.

This Court has jurisdiction over Plaintiff's claims pursuant to Title 42, Section 1983 of the United States Code.

## VENUE

II.

Venue is proper in this Court pursuant to Title 28, Sections 1391(a)(1) and (2) of the United States Code. Some or all of the Defendants are residents of Ada County, Idaho and the events giving rise to Plaintiff's claims occurred in Ada County, Idaho.

**COMPLAINT - 1**

## PARTIES

III.

Plaintiff Adam Saetrum is a citizen of the United States residing at 3161 E. Nature Drive, Boise, Ada County, Idaho 83706.

IV.

Defendants are the Ada County Sheriff's Office, Deputy Jake Vogt and/or other deputies and employees of the Ada County Sheriff's Office.

## GENERAL ALLEGATIONS

V.

On February 26, 2013, Defendant Jake Vogt ("Defendant Vogt"), Deputy Tyler Stenger and/or other deputies of the Ada County Sheriff's Office, acting at the request Ada County Sheriff's Office detectives, undertook to arrest Plaintiff at the Boise Town Square Mall, 350 N. Milwaukee Street, Boise, Idaho 83704.

VI.

During the arrest, Defendant Vogt subjected Plaintiff to excessive and unreasonable force when Defendant Vogt struck Plaintiff with the police vehicle Defendant Vogt was operating.

VII.

During the arrest, Defendant Vogt and/or other Ada County Sheriff's Office Deputy subjected Plaintiff to excessive and unreasonable force when he and/or they knocked, pushed or threw Plaintiff to the ground.

VIII.

As a result of the use of excessive and unreasonable force by Defendant Vogt and/ or other Ada County Sheriff's Office Deputy during Plaintiff's arrest, Plaintiff sustained injuries to his knee, abdominal wall and head.

IX.

Immediately after his arrest, Plaintiff was placed into police custody at the Ada County Jail without attention to, or medical evaluation of, the injuries he sustained during his arrest. Complaints by Plaintiff about his injuries, physical condition and/or symptoms while Plaintiff was in police custody were ignored by police and/or jail personnel.

## CAUSES OF ACTION

### COUNT ONE-EXCESSIVE AND UNREASONABLE FORCE

X.

Plaintiff's arrest was a seizure pursuant to the Fourth Amendment of the Constitution of the United States.

XI.

At all relevant times during Plaintiff's seizure and arrest, Defendant Vogt and/or the other Ada County Sheriff's Office Deputy were acting under the color of state law.

XII.

Defendant Vogt used excessive and unreasonable force when he struck Plaintiff with a police vehicle during Plaintiff's seizure and arrest.

XIII.

Defendant Vogt and/or other Ada County Sheriff's Office Deputy subjected Plaintiff to excessive and unreasonable force when he/they, knocked, pushed or threw Plaintiff to the ground during Plaintiff's seizure and arrest.

XIV.

As a direct and proximate result of the use of excessive and unreasonable force by Defendant Vogt and/or other Ada County Sheriff's Office Deputy during Plaintiff's seizure and arrest, Plaintiff suffered a knee injury, abdominal wall contusion and head injury. To date, Plaintiff has experienced symptoms related to his injuries including bruising, swelling, headaches, nausea, vomiting, fatigue, mental confusion, visual impairment, balance issues and amnesia.

### COUNT TWO-FAILURE TO PROVIDE MEDICAL TREATMENT

XV.

During the time that Plaintiff was in police custody after his seizure and arrest, Plaintiff was entitled to necessary medical care and treatment for his injuries pursuant to the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

XVI.

At all times that Plaintiff was in police custody after his seizure and arrest, the Ada County Sheriff's Office police officers and/or jail personnel responsible for supervising Plaintiff were

**COMPLAINT - 3**

acting under the color of state law.

XVII.

The knee injury, abdominal wall contusion and/or head injury sustained by Plaintiff during his seizure and arrest constituted serious medical conditions.

XVIII.

Defendants knew and were aware of the injuries sustained by Plaintiff during his seizure and arrest. Defendants' disregard of and failure to provide evaluation of and/or medical attention for the injuries sustained by Plaintiff during his seizure and arrest constituted deliberate indifference to Plaintiff's serious medical conditions and/or needs.

XIX.

Defendants knew and were aware of the complaints made by Plaintiff about his injuries, physical condition and/or symptoms while Plaintiff was in police custody. Defendants' disregard of and failure to provide Plaintiff with medical treatment for his injuries, physical condition and/or symptoms constituted deliberate indifference to Plaintiff's serious medical condition and/or needs.

XX.

As a direct and proximate result of Defendants' failure to provide evaluation of, attention to and/or treatment of the injuries sustained by Plaintiff during his seizure and arrest, Plaintiff has experienced further injury and symptoms including bruising, swelling, headaches, nausea, vomiting, fatigue, mental confusion, visual impairment, balance issues and amnesia.

**ATTORNEY FEES**

Plaintiff hereby requests an award of attorney's fees for bringing and pursuing this action pursuant to Title 42, Section 1988(b) of the United States Code.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests the following relief:

1. An award of all special and general damages incurred by Plaintiff as a result of the injuries he sustained due to the use of excessive force by Defendants in an amount to be proven at trial;

2. An award of all special and general damages incurred by Plaintiff as a result of

**COMPLAINT - 4**

Defendants' failure to provide medical treatment for the injuries sustained by Plaintiff during his arrest and seizure in an amount to be proven at trial;

3. An award of Plaintiff's costs, expenses and reasonable attorney's fees pursuant to 42 U.S.C. Section 1988;

4. An award of all other relief as the Court deems just and warranted under the premises.

Dated this 27th day of September, 2013.

SAETRUM LAW OFFICES

By: _____
David W. Lloyd

### DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. 38(b), Plaintiff hereby demands that this case be heard and decided by a jury trial.

Dated this 27th day of September, 2013.

SAETRUM LAW OFFICES

By: _____
David W. Lloyd

COMPLAINT - 5