David W. Lloyd, ISBN: 5501
SAETRUM LAW OFFICES
Post Office Box 7425
Boise, Idaho 8370
Tele: 208-336-0484
Fax: 208-336-0448
E-mail: dwlesq@cableone.net

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM TODD SAETRUM,<br><br>Plaintiff,<br><br>vs.<br><br>ADA COUNTY SHERIFF GARY RANEY, in his official capacity, DEPUTY SHERIFF JAKE VOGT, individually and in his official capacity, and JOHN and JANE DOES 1-10, deputies and employees of the ADA COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | Case No. 1:13-cv-00425-BLW<br><br>**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMES NOW**, Plaintiff, Adam Todd Saetrum, by and through his attorneys of record, Saetrum Law Offices, and hereby files his Amended Complaint against the above named Defendants as follows:

### INTRODUCTION

I.

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 1**

This is a civil rights action arising under the Fourth, Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §1983. The claims arise from a February 26, 2013 incident in which the individual Defendants, acting in the scope of their employment and under color of state law, subjected Plaintiff to unreasonable and unnecessary force and subsequently failed to provide Plaintiff with adequate medical care for his injuries while he was detained at the Ada County Jail.

II.

Claims are brought against Ada County Sheriff Gary Raney for the failure to properly train and supervise the individual Defendants in the proper use of force and the establishment of policies, procedures, practices, and customs regarding arrests and detention that resulted in the excessive use of force and subsequent failure to provide Plaintiff with adequate medical care for his injuries during his detention. As the result of Defendants' actions and failures, Plaintiff suffered personal injury and damage.

## JURISDICTION AND VENUE

III.

This case arises under 42 U.S.C. §1983. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1343.

IV.

Venue is proper in this Court pursuant to Title 28, Sections 1391(a)(1) and (2) of the United States Code. Some or all of the Defendants are residents of Ada County, Idaho and the events giving rise to Plaintiff's claims occurred in Ada County, Idaho.

## PARTIES

V.

Plaintiff Adam Saetrum is a citizen of the United States residing at 3161 E. Nature Drive, Boise, Ada County, Idaho 83706.

VI.

Defendant Ada County Sheriff Gary Raney ("Defendant Raney") is Sheriff of Ada County, Idaho. Defendant Raney is being sued in his official capacity and, in that

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 2**

capacity, is the official responsible for setting and enforcing the policies, customs and practices of the Ada County Sheriff's Office.

VII.

Deputy Sheriff Jake Vogt ("Defendant Vogt") is an employee of the Ada County Sheriff's Office and is being sued in his individual and official capacities.

VIII.

John and Jane Does 1-10 are employees, agents or representatives of the Ada County Sheriff's Office. The true names of Defendant Does are currently unknown to Plaintiff. Plaintiff will seek leave to amend his Complaint to show the true names and capacities of these defendants when they have been ascertained. Each of the fictitious named defendants is responsible for some part of the conduct of the liabilities alleged herein.

## GENERAL ALLEGATIONS

IX.

On February 26, 2013, Defendant Vogt, Deputy Sheriff Tyler Stenger and/or other deputies of the Ada County Sheriff's Office, acting at the request Ada County Sheriff's Office detectives, undertook to arrest Plaintiff at the Boise Town Square Mall, 350 N. Milwaukee Street, Boise, Idaho 83704.

X.

During the arrest, Defendant Vogt subjected Plaintiff to excessive and unreasonable force when Defendant Vogt struck Plaintiff with the police vehicle Defendant Vogt was operating.

XI.

During the arrest, Defendant Vogt and/or other Ada County Sheriff's Office Deputy subjected Plaintiff to excessive and unreasonable force when he and/or they knocked, pushed or threw Plaintiff to the ground.

XII.

As a result of the use of excessive and unreasonable force by Defendant Vogt and/

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 3**

or other Ada County Sheriff's Office deputy during Plaintiff's arrest, Plaintiff sustained injuries to his knee, abdominal wall and head.

XIII.

Immediately after his arrest, Plaintiff was placed into police custody at the Ada County Jail without attention to, or medical evaluation of, the injuries he sustained during his arrest. The Complaints made by Plaintiff about his injuries, physical condition and/or symptoms while Plaintiff was in police custody were ignored by police and/or jail personnel.

## CAUSES OF ACTION

## COUNT ONE-EXCESSIVE AND UNREASONABLE FORCE

XIV.

Plaintiff's arrest was a seizure pursuant to the Fourth Amendment of the Constitution of the United States.

XV.

At all relevant times during Plaintiff's seizure and arrest, Defendant Vogt and/or the other Ada County Sheriff's Office Deputy were acting under the color of state law.

XVI.

Defendant Vogt used excessive and unreasonable force when he struck Plaintiff with a police vehicle during Plaintiff's seizure and arrest.

XVII.

Defendant Vogt and/or other Ada County Sheriff's Office Deputy subjected Plaintiff to excessive and unreasonable force when he/they, knocked, pushed or threw Plaintiff to the ground during Plaintiff's seizure and arrest.

XVIII.

Defendant Raney failed to properly train the individual Defendants regarding the constitutional limits on the use of force during seizure and arrests and to establish proper policies, procedures, practices, and customs regarding the use of force that resulted in the excessive use of force during Plaintiff's arrest.

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 4**

XIX.

As a direct and proximate result of the use of excessive and unreasonable force by Defendant Vogt and/or other Ada County Sheriff's Office Deputy during Plaintiff's seizure and arrest, Plaintiff suffered a knee injury, abdominal wall contusion and head injury. To date, Plaintiff has experienced symptoms related to his injuries including bruising, swelling, headaches, nausea, vomiting, fatigue, mental confusion, visual impairment, balance issues and amnesia.

**COUNT TWO-FAILURE TO PROVIDE MEDICAL TREATMENT**

XX.

During the time that Plaintiff was in police custody after his seizure and arrest, Plaintiff was entitled to necessary medical care and treatment for his injuries pursuant to the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

XXI.

At all times that Plaintiff was in police custody after his seizure and arrest, the Ada County Sheriff's Office police officers and/or jail personnel responsible for supervising Plaintiff were acting under the color of state law.

XXII.

The knee injury, abdominal wall contusion and/or head injury sustained by Plaintiff during his seizure and arrest constituted serious medical conditions.

XXIII.

Defendants knew and were aware of the injuries sustained by Plaintiff during his seizure and arrest. Defendants' disregard of and failure to provide evaluation of and/or medical attention for the injuries sustained by Plaintiff during his seizure and arrest constituted deliberate indifference to Plaintiff's serious medical conditions and/or needs.

XXIV.

Defendants knew and were aware of the complaints made by Plaintiff about his injuries, physical condition and/or symptoms while Plaintiff was in police custody. Defendants' disregard of and failure to provide Plaintiff with medical treatment for his

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 5**

injuries, physical condition and/or symptoms constituted deliberate indifference to Plaintiff's serious medical condition and/or needs.

### XXV.

Defendant Raney failed to properly train the individual Defendants regarding the constitutional requirements for providing adequate medical care to Plaintiff during his detention and to establish proper policies, procedures, practices, and customs governing the proper provision of medical care in the Ada County Jail resulting in the individual Defendants failure to provide Plaintiff with proper medical treatment for his injuries, physical condition and/or symptoms.

### XXVI.

As a direct and proximate result of Defendants' failure to provide evaluation of, attention to and/or treatment of the injuries sustained by Plaintiff during his seizure and arrest, Plaintiff has experienced further injury and symptoms including bruising, swelling, headaches, nausea, vomiting, fatigue, mental confusion, visual impairment, balance issues and amnesia.

### **ATTORNEY FEES**

Plaintiff hereby requests an award of attorney's fees for bringing and pursuing this action pursuant to 42 U.S.C. § 1988.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

1. An award of all special and general damages incurred by Plaintiff as a result of the injuries he sustained due to the use of excessive force by Defendants in an amount to be proven at trial;

2. An award of all special and general damages incurred by Plaintiff as a result of Defendants' failure to provide medical treatment for the injuries sustained by Plaintiff during his arrest and seizure in an amount to be proven at trial;

3. An award of Plaintiff's costs, expenses and reasonable attorney's fees pursuant to 42 U.S.C. § 1988.

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 6**

4.     An award of all other relief as the Court deems just and warranted under the premises.

Dated this 23rd day of Janaury, 2013.

SAETRUM LAW OFFICES

By: _____
David W. Lloyd

## DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. 38(b), Plaintiff hereby demands that this case be heard and decided by a jury trial.

Dated this 23rd day of January, 2014.

SAETRUM LAW OFFICES

By: _____
David W. Lloyd

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 7**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 23ad day of January, 2014 I caused a true and correct copy of the foregoing to be electronically sent addressed to:

| | |
|---|---|
| Ray J. Chacko<br>200 W. Front St. Rm 3191<br>Boise Idaho 83702 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__✓__ Electronic |

David W. Lloyd

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL- 8